AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF**
EFFECTED (1) BY ME: **JANE NUNN**
TITLE: **PROCESS SERVER**

DATE: **3/16/2020 1:56:27 PM**

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

NOVARTIS PHARMACEUTICALS CORP., C/O CORPORATION SERVICE COMPANY

Place where served:

PRINCETON SOUTH CORP. CTR 100 CHARLES EWING BLVD, STE 160 EWING NJ 08628

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHNNIE MYERS

Relationship to defendant **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: M   AGE: 21-35   HEIGHT: 5'9"-6'0"   WEIGHT: 161-200 LBS.   SKIN: BLACK   HAIR: BALD   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3/17/2020   M. Jane Nunn   L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: FRANCISCO A. ALBITES, ESQ.
PLAINTIFF: ROBERT MERCED, INDIVIDUALLY & O/B/O THE ESTATE OF ELVIA RIVERA
DEFENDANT: NOVARTIS PHARMACEUTICALS CORP.
VENUE: DISTRICT
DOCKET: 8 20 CV 587 T 02SPF
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023