## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA

Plaintiff,

v.

Novartis Pharmaceuticals Corporation,

Defendant.

CASE NO.:  8:20-cv-00587-WFJ-SPF

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   a.) Robert Merced, individually and on behalf of the estate of Elvia Rivera (Plaintiff and heir-at-law to Elvia Rivera)

   b.) Yolanda Kifayeh (heir-at-law to Elvia Rivera)

   c.) Melba Merced (heir-at-law to Elvia Rivera)

   d.) Elliott Merced (heir-at-law to Elvia Rivera)

   e.) Novartis Pharmaceuticals Corporation (Defendant)

   f.) Novartis AG (parent company)

   g.) Parker Waichman, LLP (attorneys for Plaintiff)

   h.) Hollingsworth, LLP (attorneys for Defendant)

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   a.) No other entities, responsive to this question, are known to the Plaintiff at this time

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

a.) No other entities, responsive to this question, are known to Plaintiff at this time

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a.) Elvia Rivera (Represented by the administrator of her estate Robert Merced)

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: March 27, 2020

s/ *Francisco A. Albites*
Francisco A. Albites, #78046
PARKER WAICHMAN LLP
27299 Riverview Center Boulevard
Suite 108
Bonita Springs, Florida 34134
Telephone: (239) 390-8612
Facsimile: (239) 390-0055
falbites@yourlawyer.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 27th day of March, 2020, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                */s/ Francisco A. Albites*

                Francisco A. Albites