**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT MERCED and ESTATE OF ELVIA RIVERA,

    Plaintiffs,

v.                                                                      Case No: 8:20-cv-587-T-02SPF

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
    Please see attached Schedule A

_____  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  March 27, 2020

/s/ Francisco A. Albites
Counsel of Record or *Pro Se* Party
    [Address and Telephone]
Francisco A. Albites, #78046
PARKER WAICHMAN LLP
27299 Riverview Center Blvd., Ste. 108
Bonita Springs, FL 34134
Tel: (239) 390-8612
Fax: (239) 390-0055

**SCHEDULE A**

|  | CAPTION | CIVIL ACTION NUMBER | COURT |
|---|---|---|---|
| 1 | *Hurd v. Novartis Pharmaceuticals Corp.* | 1:20-cv-00262 | U.S.D.C. District of New Mexico |
| 2 | *Dean v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02755 | U.S.D.C. District of New Jersey |
| 3 | *Gustin Family Trust v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02753 | U.S.D.C. District of New Jersey |
| 4 | *Lally v. Novartis Pharmaceuticals Corp.* | 1:20-cv-02359 | U.S.D.C. Southern District of New York |
| 5 | *Pederson v. Novartis Pharmaceuticals Corp.* | 3:20-cv-05216 | U.S.D.C. Western District of Washington |
| 6 | *Colella v. Novartis Pharmaceuticals Corp.* | 3:20-cv-00367 | U.S.D.C. District of Connecticut |
| 7 | *Neal v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02972 | U.S.D.C. District of New Jersey |
| 8 | *Glenn v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02971 | U.S.D.C. District of New Jersey |
| 9 | *Lambert v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02914 | U.S.D.C. District of New Jersey |
| 10 | *Dalton v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02913 | U.S.D.C. District of New Jersey |
| 11 | *Dattillo v. Novartis Pharmaceuticals Corp.* | 2:20-cv-03163 | U.S.D.C. District of New Jersey |
| 12 | *Smith v. Novartis Pharmaceuticals Corp.* | 2:20-cv-03300 | U.S.D.C. District of New Jersey |
| 13 | *Cook v. Novartis Pharmaceuticals Corp.* | 2:20-cv-03302 | U.S.D.C. District of New Jersey |
| 14 | *Chase v. Novartis Pharmaceuticals Corp.* | 2:20-cv-03295 | U.S.D.C. District of New Jersey |
| 15 | *Myers v. Novartis Pharmaceuticals Corp.* | MRS-L-747-20 | Superior Court of New Jersey Morris County |
| 16 | *Becker v. Novartis Pharmaceuticals Corp.* | 3:20-cv-05221 | U.S.D.C. Western District of Washington |
| 17 | *Garland v. Novartis Pharmaceuticals Corp.* | 3:20-cv-00269 | U.S.D.C. Southern District of Illinois |
| 18 | *Tongue v. Novartis Pharmaceuticals Corp.* | 2:20-cv-00168 | U.S.D.C. Middle District of Florida |
| 19 | *Burke v. Novartis Pharmaceuticals Corp.* | 2:20-cv-02032 | U.S.D.C. Western District of Arkansas |
| 20 | *Buzzelli v. Novartis Pharmaceuticals Corp.* | 2:20-cv-00425 | U.S.D.C. Western District of Pennsylvania |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of March, 2020, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

                                       */s/ Francisco A. Albites*

                                       Francisco A. Albites