**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA,<br><br>      Plaintiffs,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | No. 8:20-cv-00587 |

**NOVARTIS PHARMACEUTICALS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

    1.    Parent Companies:

    (a)    Novartis Finance Corporation, a New York corporation;

    (b)    Novartis Corporation, a New York corporation;

    (c)    Novartis Holding, AG, a Swiss company; and

    (d)    Novartis AG, a Swiss company, whose shares are publicly traded on the SIX Swiss Exchange, and whose American Depository Shares are publicly traded on the New York Stock Exchange.

    2.    Publicly held companies owning more than 10% of NPC stock:

    (a)    Novartis AG indirectly owns a 100% interest in NPC.

Dated:  April 6, 2020	Respectfully submitted,

By: /s/ Michael J. Thomas
Michael J. Thomas
Florida Bar No:  897760
Jacqueline R. A. Root
Florida Bar No: 0085700
Kathryn L. Hood
Florida Bar No:  69337
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, Florida 32301
Phone: (850) 222-3533

Of Counsel:
Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
HOLLINGSWORTH, L.L.P.
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800

*Counsel for Defendants Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on this 6th day of April 2020, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the Notice of Removal was served upon the following counsel via electronic mail and United States mail:

Francisco A. Albites
PARKER WAICHMAN LLP
27299 Riverview Center Blvd, Suite 108
Bonita Springs, Florida 34134
(239) 390-8612
*Attorneys for Plaintiffs*

/s/Michael J. Thomas
ATTORNEY