**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA,<br><br>      Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | No. 8:20-cv-00587 |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a.) Novartis Pharmaceutical Corporation, Defendant

        i. Parent Companies:

           1. Novartis Finance Corporation, a New York corporation;

           2. Novartis Corporation, a New York corporation;

           3. Novartis Holding, AG, a Swiss company; and

    4. Novartis AG, a Swiss company, whose shares are publicly traded on the SIX Swiss Exchange, and whose American Depository Shares are publicly traded on the New York Stock Exchange.

   ii. Publicly held companies owning more than 10% of NPC stock:

    1. Novartis AG indirectly owns a 100% interest in NPC.

   iii. Attorneys for Defendant

    1. Hollingsworth, LLP

    2. Pennington Moore Wilkinson Bell & Dunbar

 b.) Robert Merced, individually and on behalf for the estate of Elvia Rivera, Plaintiff

   i. Attorneys for Plaintiff

    1. Parker Waichman, LLP

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 a.) No other entities, responsive to this question, are known to the Defendant at this time.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors – committee (or twenty largest unsecured creditors) in bankruptcy cases:

 a.) No other entities, responsive to this question, are known to the Defendant at this time.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

 a.) No other entities, responsive to this question, are known to the Defendant at this time.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: May 22, 2020  Respectfully submitted,

By: /s/ Michael J. Thomas
Michael J. Thomas
Florida Bar No: 897760
Jacqueline R. A. Root
Florida Bar No: 0085700
Kathryn L. Hood
Florida Bar No: 69337
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, Florida 32301
Phone: (850) 222-3533

Of Counsel:
Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
HOLLINGSWORTH, L.L.P.
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800

*Counsel for Defendants Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed via the Court's CM/ECF filing system and served on the following on this 22nd day of May 2020.

Francisco A. Albites
PARKER WAICHMAN LLP
27299 Riverview Center Blvd, Suite 108
Bonita Springs, Florida 34134
(239) 390-8612
*Attorneys for Plaintiffs*

                                              /s/Michael J. Thomas
                                              ATTORNEY