**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ROBERT MERCED, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ELVIA RIVERA,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | Case No 8:20-cv-00587-WFJ-SPF |

**MOTION FOR ADMISSION *PRO HAC VICE*
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02 of the Local Rules for the United States District Court of the Middle District of Florida, Plaintiffs ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA, by and through their undersigned counsel, move this Court for an order allowing Raymond C. Silverman, Esq. to appear in this Court as counsel on behalf of Plaintiffs in the above-styled lawsuit.  In support of this motion, Plaintiffs state the following:

1. Mr. Silverman and the law firm of Parker Waichman LLP have been retained to represent the Plaintiffs as counsel in all proceedings conducted in this cause.

2. Mr. Silverman is not admitted to practice in the United States District Court for the Middle District of Florida.

3. Mr. Silverman is admitted to practice and is a member in good standing of the New York State Bar (2000) and Southern District of New York (2005); Eastern District of New York (2005); Northern District of New York (2005); and Western District of New York (2007).

4. Mr. Silverman is familiar with, and will be governed by, the Local Rules of the

1

United States District Court for the Middle District of Florida, including Rules 2.01(d), 2.02 and Rule 2.04 thereof. Mr. Silverman is familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Mr. Silverman designates Francisco A. Albites, Esq., also of the law firm of Parker Waichman LLP, 27299 Riverview Center Boulevard, Suite 108, Bonita Springs, Florida 34134, falbites@yourlawyer.com as the lawyer upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys. Francisco A. Albites, Esq. is a member in good standing of the Florida Bar and the United States District Court for the Middle District of Florida, and Parker Waichman LLP maintains an office in this state for the practice of law.

6. Through his signature below, Francisco A. Albites, Esq. of Parker Waichman LLP hereby consents to such designation and the terms of this Motion.

7. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, Francisco A. Albites certifies that Raymond C. Silverman has complied with the fee requirements of Rule 2.01(d) and will complete e-filing registration in accordance with Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Plaintiffs, ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA, respectfully request this Court enter an Order admitting Raymond C. Silverman, Esq. to practice before this Court *pro hac vice* for all purposes relating to this matter.

Dated:  June 3, 2020								Respectfully Submitted,

								s/ *Francisco A. Albites*
								Francisco A. Albites, #78046
								PARKER WAICHMAN LLP
								27299 Riverview Center Boulevard
								Suite 108
								Bonita Springs, Florida 34134
								Telephone: (239) 390-8612
								Facsimile: (239) 390-0055
								falbites@yourlawyer.com
								*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, causing all counsel of record be served by electric means.

								s/ *Francisco A. Albites*
								Francisco A. Albites