**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA,

    Plaintiffs,

v.

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

No. 8:20-cv-00587-WFJ-SPF

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,
DESIGNATION OF LOCAL COUNSEL AND DESIGNATION OF TRIAL COUNSEL**

    Michael J. Thomas, Esq. moves the Court pursuant to Local Rule 2.02 of the U.S. District Court for the Middle District of Florida, for permission for Donald R. McMinn, Esq. to appear *pro hac vice* in the above-styled case as co-counsel for Defendant Novartis Pharmaceuticals Corporation, and in support states:

    1.    Donald R. McMinn is a member, in good standing, of the bar of District of Columbia.

    2.    Donald R. McMinn has never had any disciplinary action taken against him and does not have any actions pending against him at this time.

    3.    Donald R. McMinn seeks permission to appear as counsel in this proceeding with a member in good standing of the U.S. District Court for the Middle District of Florida, Michael J. Thomas, of Pennington, P.A., 215 South Monroe Street, 2nd Floor, Tallahassee, Florida 32301, as local counsel.

4. Donald R. McMinn agrees to submit to and comply with all provisions and requirements of the Rules of Conduct applicable to lawyers admitted to practice before the State Courts of Florida in connection with his *pro hac vice* representation in this case.

5. In accordance with Local Rule 2.02(a)(1), the undersigned, Michael J. Thomas, of Pennington, P.A., is a member of good standing with this Court and hereby consents to act as local counsel and consents to act as counsel and be responsible for the progress of the case, including the trial in default of the non-resident counsel.

**WHEREFORE**, Michael J. Thomas, moves for permission for Donald R. McMinn to appear in this action as counsel for Defendant Novartis Pharmaceuticals Corporation, with Michael J. Thomas, as local counsel.

Dated:  June 3, 2020                                     Respectfully submitted,

By: /s/ Michael J. Thomas
Michael J. Thomas
Florida Bar No:  897760
Jacqueline R. A. Root
Florida Bar No: 0085700
Kathryn L. Hood
Florida Bar No:  69337
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, Florida 32301
Phone: (850) 222-3533

Of Counsel:

Robert E. Johnston, Esq. (*Pro Hac Vice*)
Donald R. McMinn, Esq. (*Pro Hac Vice*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice*)
HOLLINGSWORTH, L.L.P.
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800

## REQUIRED COMPLIANCE WITH LOCAL RULE 3.01(G)

Moving counsel certifies that he has conferred with counsel for the plaintiff regarding this motion in accordance with Local Rule 3.01(g) and that plaintiff's counsel does not oppose this motion.

> By: /s/ Michael J. Thomas
> Michael J. Thomas
> Florida Bar No: 897760
> Jacqueline R. A. Root
> Florida Bar No: 0085700
> Kathryn L. Hood
> Florida Bar No: 69337
> PENNINGTON, P.A.
> 215 South Monroe Street, 2nd Floor
> Tallahassee, Florida 32301
> Phone: (850) 222-3533

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via the Court's CM/ECF filing system and served on the following on this 3rd day of June 2020.

Francisco A. Albites
PARKER WAICHMAN LLP
27299 Riverview Center Blvd, Suite 108
Bonita Springs, Florida 34134
(239) 390-8612
*Attorneys for Plaintiffs*

> /s/Michael J. Thomas
> ATTORNEY