**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA,<br><br>      Plaintiffs,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | No. 8:20-cv-00587 |

**NOTICE OF COMPLIANCE WITH LOCAL RULES, FEES, AND
*PRO HAV VICE* FILING REQUIREMENTS**

Pursuant to the ORDER signed June 5, 2020 by the Hon. William F. Jung, counsel for Novartis Pharmaceuticals Corporation hereby files this Notice of Compliance with Local Rules 2.02 and 2.03, and state that Robert E. Johnston, Donald R. McMinn, and Andrew L. Reissaus have paid all required fees, registered with the Middle District of Florida's Electronic Court Filing System, and read and understand the Local Rules.

Dated:  June 3, 2020                                  Respectfully submitted,

By: /s/ Michael J. Thomas
Michael J. Thomas
Florida Bar No:  897760
Jacqueline R. A. Root
Florida Bar No: 0085700
Kathryn L. Hood
Florida Bar No:  69337
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, Florida 32301
Phone: (850) 222-3533

Of Counsel:

Robert E. Johnston, Esq. (*Pro Hac Vice*)
Donald R. McMinn, Esq. (*Pro Hac Vice*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice*)
HOLLINGSWORTH, L.L.P.
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of June 2020, I electronically filed the Notice of Compliance with the Clerk of the Court by using the CM/ECF system.

Francisco A. Albites
PARKER WAICHMAN LLP
27299 Riverview Center Blvd, Suite 108
Bonita Springs, Florida 34134
(239) 390-8612
*Attorneys for Plaintiffs*

/s/ Michael J. Thomas
Michael J. Thomas