**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| ROBERT MERCED, Individually and on behalf of the ESTATE OF ELVIA RIVERA,<br><br>        Plaintiffs,<br><br>    v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>        Defendant. | Case No. 8:20-cv-00587-WFJ-SPF |

**NOTICE OF COMPLIANCE WITH LOCAL RULES, FEES, AND**
***PRO HAC VICE* FILING REQUIREMENTS**

Pursuant to this Court's June 3, 2020 Order granting Plaintiffs' Motion to Admit attorney Raymond C. Silverman *pro hac vice,* counsel hereby files this Notice of Compliance with Local Rule 2.02, stating that Raymond C. Silverman has paid all required fees and registered with the Middle District of Florida's Electronic Court Filing System pursuant to Rule 2.01(d), and has read and understands the Local Rules, including Rule 2.04 in particular.

Dated:  June 23, 2020

Respectfully submitted,

By: /s/ Francisco A. Albites
Francisco A. Albites, #78046
PARKER WAICHMAN LLP
27299 Riverview Center Boulevard
Suite 108
Bonita Springs, Florida 34134
Tel.: (239) 390-8612
Fax: (239) 390-0055
falbites@yourlawyer.com

Raymond C. Silverman (*Pro Hac Vice*)
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, New York 11050
Tel.: (516) 466-6500
Fax: (516) 466-6665
rsilverman@yourlawyer.com

**CERTIFICATE OF SERVICE**

I certify that on this 23nd day of June 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and thereby delivering by electronic means to all counsel of record.

/s/ Francisco A. Albites
Francisco A. Albites